MARTHA RUCK, RESPONDENT, *v.* GUSTAV LANGE, APPELLANT.

*Lis pendens — may be filed in action affecting leasehold interest in lands*

APPEAL from an order denying a motion to set aside a notice of the pendency of this action.

The court at General Term said: "This action has been commenced to secure the specific performance of a contract for the sale of a leasehold interest in land having about twenty years to run. To that extent it affected the title of the premises in which the term had been created. The Code has not prescribed the extent to which the title to real estate must be affected to justify the filing of notice of the pendency of the action; but it has provided, in general terms, that the notice may be filed in any action affecting the title to real property. (Code, § 132.) This was such an action, and the motion made to set aside the notice was properly denied."

*Leary & Bischoff,* for the appellant. *J. & R. Davidson,* for the respondent.

Opinion by DANIELS, J.; DAVIS, P. J., and BRADY, J., concurred.

Order affirmed, with ten dollars costs and disbursements.